No. 455. JAMES SCOTT *v.* MORRIS NATIONAL BANK, OF MORRIS. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted May 3, 1926. Decided May 10, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Company* v. *Carrollton,* 252 U. S. 1, 5–6; (2) *Missouri* v. *Andriano,* 138 U. S. 496; *Rae* v. *Homestead Loan & Guaranty Company,* 176 U. S. 121; *Baker* v. *Baldwin,* 187 U. S. 61. *Messrs. Charles A. Dixon* and *E. J. McVann* for defendant in error in support of the motion. *Mr. Lewis C. Lawson* for plaintiff in error in opposition thereto.